# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | CASE NO. 1:10-cv-00805-AWI-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| B. HEDRICK, et al., | (ECF NO. 5) |
| Defendants. | |

Tony Blackman ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action. On May 20, 2010, the Court found Plaintiff ineligible to proceed in forma pauperis and ordered Plaintiff to pay the $350.00 filing fee in full within twenty days. (ECF. No. 5.) The twenty day period has elapsed, and Plaintiff has failed to pay the filing fee. Accordingly, it is HEREBY ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee in this civil rights action.

IT IS SO ORDERED.

Dated: July 14, 2010

CHIEF UNITED STATES DISTRICT JUDGE

1